# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2083. IN THE INTEREST OF V. F. E. B. et al., CHILDREN (MOTHER).**

The mother of V. F. E. B., M. J. C. J., and H. T. J. J. filed this direct appeal from the juvenile court's order terminating her parental rights. Pursuant to OCGA § 5-6-35 (a) (12); however, appeals from orders terminating parental rights must be made by filing an application for discretionary review.  See *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). The mother's failure to file an application for discretionary review deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*